UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIM JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-CV-1235-SEB-VSS |
| ) | |
| STANLEY KNIGHT, Superintendent, ) | |
| ) | |
| Respondent. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 10/26/2006

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tim Jackson
DOC #860643
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770